## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20- 20284-Civ-COOKE

GIENCOURT INVESTMENTS, S.A**.**,

      Petitioner,

vs.

IMAX CORPORATION,

      Respondent.

_____/

### <u>ORDER ON JOINT MOTION TO VACATE</u>

      THIS MATTER is before the Court upon the Parties' Renewed Joint Motion to Vacate (ECF No. 42).  On December 3, 2020, after the resolution of a related pending appeal, the Court entered final judgment in Petitioner's favor.  Respondent appealed that Order and sought reconsideration of the Court's final judgment.  The Parties have settled their dispute, dismissed their appeal, and now move this Court to vacate its judgment under Rule 60.

      In light of the Parties' settlement and in the interest of justice, the Motion (ECF No. 42) is **GRANTED**. The Final Judgment (ECF No. 30) is **VACATED**. Respondent's Motion for reconsideration (ECF No. 31) is **DENIED** *as moot*. The case will remain administratively **CLOSED**. The Parties will file proper dismissal papers within 60 days of this Order.

      **DONE and ORDERED** in chambers at Miami, Florida, this 2nd day of July 2021.

                              _Marcia G. Cooke_____
                              MARCIA G. COOKE
                              United States District Judge

Copies furnished to:
*Counsel of Record*